# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                            CHAPTER 13 NO:

CALVIN AND CARMEL DAVIS                   18-11843
1504 E. WALDRON STREET
CORINTH, MS 38834

## NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Trustee, Terre M. Vardaman, files this Notice of Final Cure Payment. The amount required to cure the default on the claim identified below has been paid in full.

___

**Name of Creditor:**     FAY SERVICING, LLC
Court Claim Nos.:     14           Last four digits of account number (if known): 9212

___

**Final Cure Amount:**
Amount of allowed pre-petition arrearage Paid by Trustee: **$5,768.38 THROUGH JUNE, 2021**

___

**Continuing Monthly Mortgage Payment:**
As of the date of the final plan payment, the continuing monthly mortgage payment was paid:
__X__ Chapter 13 Trustee conduit                  _____Direct by Debtor(s)

If Trustee conduit, total amount of continuing payments: **$25,720.15 THROUGH JUNE, 2021**

___

**Additional Payments**

___

        Pursuant to Fed. R. Bankr. P. 3002.1(g), the Creditor MUST, within twenty-one (21) days of the service of the Notice of Final Cure Payment, file and serve on the Debtor(s), Debtor(s)' counsel and the Chapter 13 Trustee, a statement indicating (1) whether it agrees that the Debtor(s) have paid in full the amount required to cure the default on the claim; and (2) whether the Debtor(s) are otherwise current on all payments consistent with 11.U.S.C. Section 1322(b)(5).

        The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the Creditor's proof of claim and is not subject to Fed. R. Bankr. P. 3001(f).

        Failure to file such statement or provide any information required by Fed. R. Bankr. P. 3002.1(g), may result in the imposition of sanctions and/or other appropriate relief as determined by the Court.

      DATED: JUNE 22, 2021.           RESPECTFULLY SUBMITTED:

                                                  /S/ TERRE M. VARDAMAN, CHAPTER 13 TRUSTEE
                                                  PO BOX 1326
                                                  BRANDON MS 39043-1326
                                                  601-825-7663; vardaman13ecf@gmail.com

## CERTIFICATE OF SERVICE

        I, Terre M. Vardaman, do hereby certify that I have this day filed the foregoing with the Clerk of Court using the CM/ECF system, and I further certify that I served a true and correct copy of same, either electronically or via United States Mail, postage prepaid, to the DEBTOR, ATTORNEY FOR DEBTOR, UNITED STATES TRUSTEE and to the following:

FAY SERVICING, LLC
c/o J. GARY MASSEY
SHAPIRO & BROWN, LLC
1080 RIVER OAKS DRIVE
STE. B-202
FLOWOOD, MS 39232

Dated: JUNE 22, 2021.

/S/ TERRE M. VARDAMAN