**Fill in this information to identify the case:**

**Debtor 1** Calvin Davis

**Debtor 2** (Spouse, if filing) Carmel Davis

United States Bankruptcy Court for the: **Northern** District of **Mississippi** (State)

Case number   18-11843-SDM

# Form 4100R
# Response to Notice of Final Cure Payment                                 10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of Creditor:** U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF8 Master Participation Trust

Court claim no. (if known): 14

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX9212

**Property address:** 1504 E Waldron Street
Number    Street

Corinth, MS 38834
City    State    ZIP Code

### Part 2: Pre-petition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim. Creditor asserts that the total pre-petition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Post-petition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next post-petition payment from the debtor(s) is due on:   07/19/2021
MM/DD/YYYY

**Post-petition payment amount is $685.68.**

☐ Creditor states that the debtor(s) are not current on all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total post-petition payments due:  (a) $ 0.00
b. Total fees, charges, expenses, escrow, and costs outstanding  +(b) $ 0.00
c. **Total.** Add lines a and b  (c) $ 0.00

Creditor asserts that the debtor(s) are contractually
Obligated for the post-petition payment(s) that first became
Due on: _____
MM/DD/YYYY

| Debtor 1 | **Calvin Davis** | Case number 18-11843-SDM |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the pre-petition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all post-petition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

☐ I am the creditor

☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| | Signature: /s/Karen A. Maxcy | Date | 7/12/2021 |
|---|---|---|---|
| Print | Karen A. Maxcy | Title | Attorney for the Creditor |
| | First Name   Middle Name   Last Name | | |
| Company | McCalla Raymer Leibert Pierce, LLC | | |

**If different from the notice address listed on the proof of claim to which this response applies:**

| Address | 1544 Old Alabama Road | | |
|---|---|---|---|
| | Number       Street | | |
| | Roswell, GA 30076 | | |
| | City      State      Zip Code | | |
| Contact phone | 678-321-6965 | Email | Karen.Maxcy@mccalla.com |

|         |                | Bankruptcy Case No.: | 18-11843-SDM |
|---------|----------------|----------------------|--------------|
| In Re:  | Calvin Davis   | Chapter:             | 13           |
|         | Carmel Davis   | Judge:               | Selene D. Maddox |

## CERTIFICATE OF SERVICE

I, Karen A. Maxcy, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within Response to Notice of Final Cure Payment filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Calvin Davis
1504 E. Waldron Street
Corinth, MS 38834

Carmel Davis
1504 E. Waldron Street
Corinth, MS 38834

Kimberly Brown Bowling           *(served via ECF Notification)*
P.O. Box 7177
Tupelo, MS 38802-7177

Terre M. Vardaman, Trustee       *(served via ECF Notification)*
P.O. Box 1326
Brandon, MS 39043

U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

    I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

| Executed on: | 7/12/2021 | By: | /s/Karen A. Maxcy |
|--------------|-----------|-----|-------------------|
|              | (date)    |     | Karen A. Maxcy, Mississippi BAR NO. 8869 |
|              |           |     | Attorney for the Creditor |