# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

In re:  CALVIN DAVIS                                                                 Case No.: 18-11843
        CARMEL DAVIS
              Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Terre M. Vardaman, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on  05/10/2018.
2) The plan was confirmed on  08/13/2018.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA.
5) The case was completed on  05/03/2021.
6) Number of months from filing or conversion to last payment:  36.
7) Number of months case was pending:  39.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  16,114.00.
10) Amount of unsecured claims discharged without full payment:  100,062.83.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**
| | |
|---|---:|
| Total paid by or on behalf of the debtor: | $38,915.02 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | $38,915.02 |

**Expenses of Administration:**
| | | |
|---|---:|---:|
| Attorney's Fees Paid Through The Plan: | $3,400.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $3,101.27 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $6,501.27 |
| Attorney fees paid and disclosed by debtor: | $.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| 1ST FRANKLIN FINANCIAL | Unsecured | 1,952.00 | NA | NA | .00 | .00 |
| A T & T | Unsecured | 492.32 | NA | NA | .00 | .00 |
| AIS PORTFOLIO SERVICES, LP | Unsecured | NA | NA | NA | .00 | .00 |
| ALCORN COUNTY JUSTICE COURT | Unsecured | NA | NA | NA | .00 | .00 |
| ALCORN EMERGENCY GROUP | Unsecured | 944.00 | NA | NA | .00 | .00 |
| ALLIANCE COLLECTION & BILLING SER | Unsecured | 627.25 | NA | NA | .00 | .00 |
| ALLIANCE COLLECTION & BILLING SER | Unsecured | 1,917.61 | NA | NA | .00 | .00 |
| AMERICAN ANESTHESEIOLOGY | Unsecured | 53.49 | NA | NA | .00 | .00 |
| AMERICOLLECT | Unsecured | 25.64 | NA | NA | .00 | .00 |
| AMERICOLLECT | Unsecured | NA | NA | NA | .00 | .00 |
| ARC MANAGEMENT GROUP | Unsecured | NA | NA | NA | .00 | .00 |
| AT&T | Unsecured | 148.45 | NA | NA | .00 | .00 |
| AT&T UVERSE | Unsecured | 373.53 | NA | NA | .00 | .00 |
| BAPTIST MEMORIAL HOSPITAL | Unsecured | 240.38 | NA | NA | .00 | .00 |
| BAY AREA CREDIT SERVICES | Unsecured | NA | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

In re:  CALVIN DAVIS  
       CARMEL DAVIS  
       Debtor(s)

Case No.: 18-11843

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CASH COW | Unsecured | 345.00 | NA | NA | .00 | .00 |
| CASH EXPRESS | Unsecured | 540.00 | NA | NA | .00 | .00 |
| CHARLOTTE JUDD | Unsecured | NA | NA | NA | .00 | .00 |
| CHECK ADVANCE-CORINTH | Unsecured | 500.00 | NA | NA | .00 | .00 |
| COMMERCE BANK | Secured | 637.21 | 637.21 | 411.96 | 411.96 | 53.40 |
| CREDIT COLLECTION SERVICES | Unsecured | NA | NA | NA | .00 | .00 |
| DIANNE T PULSE & ASSOC | Unsecured | 587.50 | NA | NA | .00 | .00 |
| DIRECTV | Unsecured | 1,036.00 | NA | NA | .00 | .00 |
| DODD EYE CLINIC | Unsecured | 90.98 | NA | NA | .00 | .00 |
| DWIGHT JOHNSON, MD | Unsecured | 12.77 | NA | NA | .00 | .00 |
| EXPRESS CHECK ADVANCE | Unsecured | 480.00 | NA | NA | .00 | .00 |
| FAY SERVICING, LLC | Secured | 73,517.83 | 49,151.62 | 25,370.16 | 25,370.16 | .00 |
| FAY SERVICING, LLC | Secured | 8,001.03 | 5,768.38 | 5,768.38 | 5,768.38 | .00 |
| FAY SERVICING, LLC | Secured | NA | 350.00 | 350.00 | 350.00 | .00 |
| FIDELITY NATIONAL LOANS | Unsecured | 972.00 | 998.56 | 998.56 | .00 | .00 |
| FIRST HERITAGE CREDIT | Unsecured | 2,178.00 | NA | NA | .00 | .00 |
| FOCUS RECEIVABLE RM | Unsecured | NA | NA | NA | .00 | .00 |
| FRANKLIN COLLECTION | Unsecured | 117.80 | 117.80 | 117.80 | .00 | .00 |
| FRANKLIN COLLECTION SERVICE | Unsecured | 117.80 | NA | NA | .00 | .00 |
| FROST ARNETT COMPANY | Unsecured | 83.40 | NA | NA | .00 | .00 |
| GEORGE CAIN MD | Unsecured | 697.00 | NA | NA | .00 | .00 |
| INFNATIT 28 | Unsecured | 60.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 542.16 | 459.85 | 459.85 | 459.85 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 82.31 | 82.31 | .00 | .00 |
| MAGNOLIA ANESTHESIOLOGY ASSOC. | Unsecured | 1,081.40 | NA | NA | .00 | .00 |
| MAGNOLIA ENDOSCOPY CENTER | Unsecured | 73.33 | NA | NA | .00 | .00 |
| MAGNOLIA FINANCIAL | Unsecured | 1,221.00 | NA | NA | .00 | .00 |
| MAGNOLIA GASTROENTEROLOGY CLIN | Unsecured | 84.10 | NA | NA | .00 | .00 |
| MAGNOLIA HOSPITAL GROUP | Unsecured | 420.00 | NA | NA | .00 | .00 |
| MAGNOLIA IMAGING ASSOC | Unsecured | 23.46 | NA | NA | .00 | .00 |
| MAGNOLIA ORTHOPAEDICS | Unsecured | 2,261.05 | NA | NA | .00 | .00 |
| MAGNOLIA PHYSICIAN SERVICE | Unsecured | 10.13 | NA | NA | .00 | .00 |
| MAGNOLIA PRACTICE SOLUTIONS | Unsecured | 186.82 | NA | NA | .00 | .00 |
| MAGNOLIA REGIONAL | Unsecured | 74.80 | NA | NA | .00 | .00 |
| MAGNOLIA REGIONAL HEALTH CENTER | Unsecured | NA | NA | NA | .00 | .00 |
| MERIT HEALTH CARDIOLOGY | Unsecured | 516.92 | NA | NA | .00 | .00 |
| MID SOUTH CREDIT BUREAU | Unsecured | 617.34 | NA | NA | .00 | .00 |
| MID-SOUTH RETINA ASSOCIATION | Unsecured | 823.38 | NA | NA | .00 | .00 |
| MIDSOUTH SPINE AND PAIN | Unsecured | 200.76 | NA | NA | .00 | .00 |
| MISSISSIPPI PHYSICIANS | Unsecured | 1,822.00 | NA | NA | .00 | .00 |
| MONEY NOW | Unsecured | 500.00 | NA | NA | .00 | .00 |
| NCEP, AIS PORTFOLIO SERVICES | Unsecured | 21,788.90 | 18,776.68 | 18,776.68 | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

In re:  CALVIN DAVIS  
       CARMEL DAVIS  
     Debtor(s)

Case No.: 18-11843

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| NCEP, LLC DEPT | Unsecured | NA | NA | NA | .00 | .00 |
| NORTH AMERICAN | Unsecured | NA | NA | NA | .00 | .00 |
| NORTH CORINTH FAMILY CLINIC | Unsecured | 218.54 | NA | NA | .00 | .00 |
| OMEGA RMS | Unsecured | NA | NA | NA | .00 | .00 |
| ONE MAIN FINANCIAL FKA SPRINGLEAF | Secured | 1,292.14 | NA | NA | .00 | .00 |
| PAIN MANAGEMENT CENTER OF NORTH | Unsecured | 17.02 | NA | NA | .00 | .00 |
| PAYLIANCE | Unsecured | NA | NA | NA | .00 | .00 |
| PRATT FAMILY CLINIC | Unsecured | 416.00 | NA | NA | .00 | .00 |
| PREMIER RADIOLOGY | Unsecured | 53.00 | NA | NA | .00 | .00 |
| PREMIER RADIOLOGY | Unsecured | NA | NA | NA | .00 | .00 |
| PRENTISS COUNTY JUSTICE COURT | Unsecured | NA | NA | NA | .00 | .00 |
| PROGRESSIVE INSURANCE | Unsecured | 774.80 | NA | NA | .00 | .00 |
| PROGRESSIVE INSURANCE | Unsecured | 75.00 | NA | NA | .00 | .00 |
| QUICK WAY | Unsecured | 1,050.85 | 530.00 | 530.00 | .00 | .00 |
| QUICK WAY | Unsecured | NA | 395.85 | 395.85 | .00 | .00 |
| QUICK WAY | Unsecured | NA | 16.25 | 16.25 | .00 | .00 |
| QUICKWAY | Unsecured | 304.39 | 304.39 | 304.39 | .00 | .00 |
| RECEIVABLES PERFORMANCE | Unsecured | 93.76 | NA | NA | .00 | .00 |
| RENASANT BANK | Unsecured | 1,014.29 | NA | NA | .00 | .00 |
| RENASANT BANK | Unsecured | NA | NA | NA | .00 | .00 |
| REPUBLIC FINANCE | Unsecured | 1,622.00 | 1,620.55 | 1,620.55 | .00 | .00 |
| RONER DAVIS | Unsecured | NA | NA | NA | .00 | .00 |
| SANYAN COLLECTIONS | Unsecured | NA | NA | NA | .00 | .00 |
| SHAPIRO & BROWN | Unsecured | NA | NA | NA | .00 | .00 |
| SHAPIRO & BROWN | Unsecured | NA | NA | NA | .00 | .00 |
| SHILOH NEUROLOGY | Unsecured | 37.62 | NA | NA | .00 | .00 |
| SMALL LOANS INC | Unsecured | 4,986.75 | 2,769.46 | 2,769.46 | .00 | .00 |
| SMALL LOANS INC | Unsecured | NA | 1,560.00 | 1,560.00 | .00 | .00 |
| SPECIALITY ORTHOPEDIC GROUP | Unsecured | 49.80 | NA | NA | .00 | .00 |
| SPECIALITY ORTHOPEDIC GROUP | Unsecured | 120.00 | NA | NA | .00 | .00 |
| STATE FINANCE OF SELMAR | Unsecured | 189.75 | NA | NA | .00 | .00 |
| TCM OF MISSISSIPPI | Unsecured | 41,034.27 | 33,994.88 | 33,994.88 | .00 | .00 |
| TCM OF MISSISSIPPI | Unsecured | 420.00 | NA | NA | .00 | .00 |
| THE PAYDAY LOAN STORE | Unsecured | 530.00 | NA | NA | .00 | .00 |
| TISHOMINGO HEALTH SERVICES | Unsecured | 50.00 | NA | NA | .00 | .00 |
| TISHOMINGO HEALTH SERVICES | Unsecured | 630.00 | NA | NA | .00 | .00 |
| TOWER LOAN OF CORINTH | Unsecured | 5,734.40 | 3,421.60 | 3,421.60 | .00 | .00 |
| TRANSWORLD SYSTEMS | Unsecured | NA | NA | NA | .00 | .00 |
| TRI-VISTA REHAB | Unsecured | 45.00 | NA | NA | .00 | .00 |
| TUPELO ORTHOPEDIC CLINIC | Unsecured | 932.24 | NA | NA | .00 | .00 |
| TUPELO SERVICE FINANCE | Unsecured | 293.11 | NA | NA | .00 | .00 |
| U S ATTORNEY | Unsecured | NA | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

In re: CALVIN DAVIS  
      CARMEL DAVIS  
      Debtor(s)

Case No.: 18-11843

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| UNION NATIONAL LIFE INSURANCE | Unsecured | 4,631.63 | NA | NA | .00 | .00 |
| UNITED COLLECTION BUREAU | Unsecured | NA | NA | NA | .00 | .00 |
| UNITED EMSVCS OF MISSISSIPPI | Unsecured | 50.00 | NA | NA | .00 | .00 |
| VIVINT | Unsecured | 1,344.44 | NA | NA | .00 | .00 |
| WAKEFIELD AND ASSOC | Unsecured | 68.89 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 25,370.16 | 25,370.16 | .00 |
| Mortgage Arrearage: | 5,768.38 | 5,768.38 | .00 |
| Debt Secured by Vehicle: | 411.96 | 411.96 | 53.40 |
| All Other Secured: | 350.00 | 350.00 | .00 |
| **TOTAL SECURED:** | 31,900.50 | 31,900.50 | 53.40 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 459.85 | 459.85 | .00 |
| **TOTAL PRIORITY:** | 459.85 | 459.85 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 64,588.33 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration: | $6,501.27 | |
| Disbursements to Creditors: | $32,413.75 | |
| **TOTAL DISBURSEMENTS:** | | $38,915.02 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 08/27/2021      By: /s/Terre M. Vardaman  
                                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.